### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RARE BREED TRIGGERS, LLC, and ABC IP, LLC** ) ) ) **Plaintiff,** ) ) v. ) **MADISON CRAWFORD, et al.,** ) ) **Defendants.** ) | Case No. 4:23-cv-00021-CVE-JFJ |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

Pursuant to a fully executed**,** confidential settlement agreement amongst all parties, resolving all claims and counterclaims at issue in this case, the Parties, through their respective undersigned counsel of record, hereby stipulate and agree to entry of a Consent Judgment and Permanent Injunction and in support thereof state as follows:

1. Plaintiffs and Defendants have resolved all claims and counterclaims in connection with this matter and have agreed to the entry of the Consent Judgment and Permanent Injunction ("Consent Judgment") in the form attached hereto as Exhibit 1.

2. Defendants have executed a Consent to Be Bound by the Consent Judgment and Permanent Injunction, as also set forth in Exhibit 1, hereto.

Accordingly, as Plaintiffs and Defendants have resolved all claims and counterclaims in this action, the Parties respectfully request that this Court grant this Motion and enter the Consent Judgment.

//

//

//

IT IS SO STIPULATED.

November 20, 2024                              Respectfully submitted,

*s/Glenn D. Bellamy*
Glenn D. Bellamy (*Pro Hac Vice*)

**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-241-2324
Facsimile: 513-241-6234
E-mail: gbellamy@whe-law.com

and

Colin H. Tucker, OBA 16325
Rhodes Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
E-mail: chtucker@rhodesokla.com

*Attorneys for Plaintiffs*


*s/____Kevin JB. Joyce_____*
Kevin B. Joyce, OBA No. 20257
JOYCE & GRADDY, PLLC
515 S. Main, Suite 300
Tulsa, Oklahoma 74103
Telephone: (918) 585-2751
Facsimile: (918) 582-9308
Kevin.joyce@joveefirrn.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all Parties of Record via the Court's *ECF* Filing System on November 20, 2024.

                                         _/Glenn D. Bellamy/_____
                                         Glenn D. Bellamy